UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRONSHORE INSURANCE LTD., | CIVIL ACTION No. 11-CIV-5954-LTS |
| Plaintiff, | ECF CASE |
| -vs.- | **ORAL ARGUMENT REQUESTED** |
| WESTERN ASSET MANAGEMENT COMPANY, | |
| Defendant. | |

**MOTION OF DEFENDANT WESTERN ASSET
MANAGEMENT COMPANY FOR CERTIFICATION OF
INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**

Defendant Western Asset Management Company ("Western"), pursuant to 28 U.S.C. § 1292(b), moves this Court to amend its May 30, 2012, Order (ECF No. 30) and certify for interlocutory appeal a question of law concerning whether Plaintiff's claims against Western, Plaintiff's investment adviser, are subject to the three-year statute of limitations of CPLR 214(6) which governs "an action to recover damages for malpractice, other than medical, dental or podiatric malpractice, regardless of whether the underlying theory is based in contract or tort."

This Motion is supported by the concurrently filed Memorandum of Points and Authorities and such other argument and evidence as may be presented in Reply or at a hearing on the Motion.

In accordance with this Court's Individual Practice Rule, Defendant's counsel exchanged letters and conferred by telephone with Plaintiff's counsel in order to use their best efforts to resolve the matter raised by this Motion but were unable to do so.

- 2 -

Dated: June 18, 2012                    Respectfully submitted,

/s/Sean Eskovitz

Marc Dworsky (MD9256)
Sean Eskovitz (SE4688)
Carl Moor (*pro hac vice*)
Ronald K. Meyer (*pro hac vice*)
Avi Braz (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel. 213.683.9152
*marc.dworsky@mto.com*
*sean.eskovitz*@mto.com
*carl.moor@mto.com*
*ronald.meyer@mto.com*
*avi.braz@mto.com*

Brian D. Hail (BH1857)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel. 212-459-7251
*bhail@goodwinprocter.com*

Attorneys for Defendant
Western Asset Management Company

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2012, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices. I also certify that I have caused copies of the aforementioned document to be served via first class mail, postage prepaid upon the non-CM/ECF participants.

/s/Sean Eskovitz
Sean Eskovitz